In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-106 CV


____________________



STEPHEN C. WATSON, Appellant



V.



BONNIE JEAN LYONS, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 39048






MEMORANDUM OPINION (1)


 On July 1, 2004, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. 
There being not satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against
appellant.

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered August 12, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.